UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH A. WARREN

VERSUS

BARAK OBAMA

CIVIL ACTION

NO. 09-866-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated December 4, 2009 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED for failure to obey the Orders of the Court, in accordance with Rule 16(f) and Rule 37(b)(2)(A)(v), Federal Rules of Civil Procedure and this action is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, this 7th day of January, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE